UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY RAY ZAPIEN,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL OBENLAND,<br><br>Respondent. | No.   1:15-CV-3159-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers' March 24, 2016 Report and Recommendation, **ECF No. 18,** recommending that the Court deny Petitioner Bobby Ray Zapien's Petition for Writ of Habeas Corpus. Petitioner did not file objections within 14 days as required. Fed. R. Civ. P. 72.

After reviewing the Report and Recommendation and the relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**   The Report and Recommendation, **ECF No. 18**, is **ADOPTED** in its entirety.

ORDER **-** 1

**2.** The Petition for Writ of Habeas Corpus, **ECF No. 1**, is **DENIED** as to Petitioner's 2010 Yakima County conviction for first-degree murder.

**3.** The Respondent's Motion to Dismiss, **ECF No. 15, is GRANTED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the Petitioner, and Magistrate Judge Rodgers.

**DATED** this 18th day of April 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2